1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Phillip Malik,                                          No. CV-15-01010-PHX-DLR

10                             Plaintiff,                   **ORDER**

11   v.

12   Equifax Information Services LLC, et al.,

13                             Defendants.

14

15

16          On June 3, 2015, Plaintiff Philip Malik filed the instant action against Defendants

17   Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Bank of

18   America, NA for violations of the Fair Credit Reporting Act.   (Doc. 1.)   Defendants

19   separately answered the complaint.   (Docs. 12, 17, 27.)   On September 3, 2015,

20   Plaintiff's counsel filed a motion to withdraw. (Doc. 33.)   The Court granted the motion

21   and ordered Plaintiff to appear in person or telephonically at a status conference on

22   November 24, 2015.  (Docs. 37, 38.)  Plaintiff failed to appear.  (Doc. 39.)

23          On January 22, 2016, the Court ordered that Plaintiff show cause by February 5,

24   2016 why the action should not be dismissed for lack of prosecution.  (Doc. 40.)   On

25   January 28, 2016, Defendants filed a joint motion to dismiss for lack of prosecution.

26   (Doc. 41.)  Plaintiff failed to respond to the Court's show cause order, failed to respond

27   to Defendants' joint motion, and has not otherwise prosecuted this matter or contacted the

28   Court.  Accordingly,

1      **IT IS ORDERED** that Defendants' joint motion to dismiss for lack of

2  prosecution, (Doc. 41), is **GRANTED**.  The Clerk shall terminate this action.

3      Dated this 23rd day of February, 2016.

4

5

6

7  _____

   Douglas L. Rayes

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28